**STATE of Missouri, Respondent,**

v.

**William R. WHITED, Appellant.**

**No. ED 83063.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 21, 2004.

N. Scott Rosenblum, Clayton, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen. & Karen L. Kramer, Jefferson City, MO, for respondent.

Before MARY R. RUSSELL, P.J., WILLIAM H. CRANDALL, JR., J., and CLIFFORD H. AHRENS, J.

**ORDER**

PER CURIAM.

Defendant, William Whited, appeals from his conviction, after a jury trial, for domestic assault in the second degree. He was sentenced as a prior and persistent offender to imprisonment for twenty years.

No jurisprudential purpose would be served by a written opinion. The judg-

ment of conviction is affirmed. Rule 30.25(b).